IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EPIFANIO LOPEZ,

          Plaintiff,

   v.

CAMDEN COUNTY JAIL,

          Defendant.

Civil Action
No. 16-6943 (JBS-AMD)

**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

    Plaintiff Epifanio Lopez seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.


**December 5, 2016**
Date

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge